DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TOTAL HEALTH ASSOCIATES, LLC** a/a/o **MICHELINE CINEUS,**
Appellant,

v.

**GEICO GENERAL INSURANCE COMPANY,**
Appellee.

No. 4D21-1580

————————————————

**ADVANCED DIAGNOSTIC GROUP** a/a/o **PATTAMA BAILEY,**
Appellant,

v.

**GEICO INDEMNITY COMPANY,**
Appellee.

No. 4D21-1601

————————————————

**ADVANCED DIAGNOSTIC GROUP** a/a/o **ASHLEY BECKHAM,**
Appellant,

v.

**GOVERNMENT EMPLOYEES INSURANCE COMPANY,**
Appellee.

No. 4D21-1641

[July 14, 2021]

Consolidated appeal of nonfinal orders from the County Court for the Seventeenth Judicial Circuit, Broward County; John D. Fry, Judge; L.T. Case Nos. CONO20-14419, CONO20-014099 and CONO20-014238 (70).

Chad A. Barr of Chad Barr Law, Altamonte Springs, for appellants.

Michael C. Clarke of Kubicki Draper, P.A., Tampa, for appellees.

PER CURIAM.

In these three consolidated cases, the county court *sua sponte* entered orders transferring venue without any showing that plaintiffs' chosen venue was improper or that transfer was appropriate on forum non conveniens grounds. We issued orders in all three cases directing the parties to show cause why these cases are not controlled by *Advanced Diagnostic Group v. Ocean Harbor Casualty Insurance Co.*, No. 4D21-458, 2021 WL 1310851 (Fla. 4th DCA Apr. 8, 2021), where this Court recently reversed a group of similar orders. Having considered the responses and replies, we conclude that these cases are controlled by our recent decision in *Advanced Diagnostic*. Accordingly, we reverse and remand for further proceedings.

*Reversed and remanded.*

WARNER, DAMOORGIAN and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***